JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND FOOD EMPLOYERS JOINT PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREEN FROG MARKET-BERNARD, LLC, et al., <br><br> Defendants. | Case No. SA CV 11-1953 FMO (RNBx) <br><br> **JUDGMENT** |

Pursuant to the parties Stipulation to Dismiss, filed on October 3, 2013, IT IS ADJUDGED THAT the above-captioned action is dismissed, with each to bear its own costs.

Dated this 4th day of October, 2013.

/s/
Fernando M. Olguin
United States District Judge